FILED
JAN 0 2 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America §
                        §  CRIMINAL COMPLAINT
vs.                     §  CASE NUMBER: DR:08-M-00064(1)
                        §
(1) DARWIN ARISMENDI ANDRADE-CHINCHILLA §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 28, 2007** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, (track statutory language of offense) knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, he/she being an alien in the United States in violation of Title **8:1325.P** United States Code, Section(s) **8:1325.P**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "On 12/28/2007, the defendant, DARWIN ARISMENDI ANDRADE-CHINCHILLA, a native and citizen of HONDURAS, was arrested near CARRIZO SPRINGS, TEXAS. Subsequent investigation revealed that the defendant is an alien illegally present in the United States. The Defendant last entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers, near EGP."

Continued on the attached sheet and made a part of hereof:   ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant

01/02/2008                                at   DEL RIO, Texas
File Date                                      City and State

DENNIS G. GREEN                           _____
U.S. MAGISTRATE JUDGE                     Signature of Judicial Officer